466

50 A.3d 120

**In re Issuance of Subpoenas Upon the Honorable Michael E. BORTNER, Stephen P. Linbaugh and Penny I. Blackwell of the York County Court of Common Pleas**

**Petition of Stephen H. Stetler.**

**No. 104 EM 2012.**

Supreme Court of Pennsylvania.

June 14, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 14th day of June 2012, the Application for Leave to Issue Subpoena is **DENIED.**